# REID & ASSOCIATES

LISA SZCZEPANSI, ESQ.
Admitted in NY

MAILING ADDRESS:
P.O. BOX 2996
HARTFORD, CT 06104

Direct Dial: (917) 778-6763
E-Mail: lszczepa@travelers.com

Tel.: (917) 778-6680
Fax: (844) 571-3789

December 3, 2021

<u>**Via ECF**</u>
Hon. James L. Cott
U.S. District Court for the Southern District of New York
500 Pearl St., Rm. 1360
New York, NY 10007

Re:   *The Travelers Property Casualty Company of America v. AmTrust International Underwriters Limited*
Case No. 1:21-cv-07469

Dear Magistrate Judge Cott:

This office represents Plaintiff, the Travelers Property Casualty Company of America, in connection with the above-referenced action. We submit this letter jointly with counsel for Defendant, AIU Designated Activity Company, formerly known as AmTrust International Underwriters Limited, pursuant to the Court's Order dated November 22, 2021 (Dkt. No. 10).

Counsel for the parties have conferred with Mr. Tam, Deputy Clerk, and wish to schedule a settlement conference on January 10, 2022 at 10 a.m.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

Lisa Szczepanski
Reid & Associates
*Attorneys for the Travelers Property Casualty Company of America*

/s/ Dan D. Kohane
Dan D. Kohane
Hurwitz & Fine, P.C.
*Attorneys for AIU Designated Activity Company, f/k/a AmTrust International Underwriters Limited*

*Not a Partnership or Professional Corporation. All attorneys are employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: |
|---|---|---|
| ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 10 SENTRY PARKWAY |
| MS04A-0000 | 6TH FLOOR | SUITE 300 |
| HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 |