# REID & ASSOCIATES

LISA SZCZEPANSI, ESQ.
Admitted in NY

MAILING ADDRESS:
P.O. BOX 2996
HARTFORD, CT 06104

Direct Dial: (917) 778-6763
E-Mail: lszczepa@travelers.com

Tel.: (917) 778-6680
Fax: (844) 571-3789

> The request is GRANTED. The post-discovery status conference scheduled for April 28, 2022 at 11:00 a.m. is hereby ADJOURNED to June 22, 2022 at 2:00 p.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.
>
> 4/22/22   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

April 21, 2022

*Via ECF*
Hon. Lewis J. Liman
U.S. District Court for the Southern District of New York
500 Pearl St., Rm. 701
New York, NY 10007

Re:   *The Travelers Property Casualty Company of America v. AmTrust International Underwriters Limited*
Case No. 1:21-cv-07469

Dear Judge Liman:

This office represents the plaintiff, the Travelers Property Casualty Company of America ("Travelers"), in connection with the above-referenced action. We submit this letter jointly with counsel for defendant, AIU Designated Activity Company, formerly known as AmTrust International Underwriters Limited ("AmTrust"), in accordance with paragraph 11 of the Case Management Plan and Scheduling Order dated November 22, 2021 (Dkt. No. 8).

The parties have reached, in principle, a global settlement of the Underlying Action and Declaratory Judgment Action, and are in the process of preparing closing documents, which include General Releases to be executed by Travelers and its insured in the respective litigations. Accordingly, the parties do not anticipate additional discovery, summary judgment or other motion practice, or trial at this time. We respectfully request 60 days to submit a Stipulation of Dismissal with Prejudice, and further request that the post-discovery status conference scheduled for April 28, 2022, at 11:00 a.m. be adjourned to June 30, 2022, at 11:00, or another time suitable to this Honorable Court.

Thank you for Your Honor's attention and consideration.

Respectfully submitted,

Lisa Szczepanski

cc:   Hurwitz & Fine, P.C. (*via ECF*)

*Not a Partnership or Professional Corporation. All attorneys are employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CALIFORNIA OFFICE: | CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: |
|---|---|---|---|
| 401 LENNON LANE | ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 10 SENTRY PARKWAY |
| WALNUT CREEK, CA 94598 | MS04A-0000 | 7TH FLOOR | SUITE 300 |
|  | HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 |